**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ELIZABETH WALTERS WILLIAMS,<br>            Plaintiff, | No. CV06-2747-PHX-RCB |
| vs. | **ORDER RE: EXTENSION OF TIME OF FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY; JOHN HANCOCK LIFE INSURANCE COMPANY; BLACK CORPORATIONS I-X, INCLUSIVE; ABC COMPANIES I-X, INCLUSIVE; AND JOHN DOES I-X, INCLUSIVE, | |
| Defendants | |

Pursuant to the parties' Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants shall have an extension of time, up to and including January 9, 2009, within which to file their Reply in Support of Motion for Summary Judgment.

Dated this 31st day of December,  2008.

_____
Robert C. Broomfield
Senior United States District Judge